IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| AFFINITY LABS OF TEXAS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SAMSUNG ELECTRONICS CO., LTD., ) <br> SAMSUNG ELECTRONICS AMERICA, INC., ) <br> ANDSAMSUNG TELECOMMUNICATIONS ) <br> AMERICA, LLC f/k/a SAMSUNG ) <br> TELECOMMUNICATIONS AMERICA, L.P., ) <br> ) <br> Defendants. ) | Case No. 6:13-cv-00364-WSS <br><br> **JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR
RESPOND TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT**

TO THE HONORABLE JUDGE WALTER S. SMITH, JR.:

NOW COME, Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") and, without waiving any defenses described or referenced to in Fed. R. Civ. P. 12, move this Court to extend the time within which Samsung is required to move, answer, or otherwise respond to Plaintiff Affinity Labs of Texas, LLC's ("Affinity's") Complaint for Patent Infringement up to and including February 17, 2014. The parties have conferred and Plaintiff is not opposed to this request.

This request for extension of time is made not for delay but for good cause and that justice may be served.

WHEREFORE, Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC respectfully pray that the time

to answer, move, or otherwise respond to Affinity's Complaint for Patent Infringement be extended up to and including February 17, 2014.

Dated: December 17, 2013

Respectfully submitted,

McGINNIS, LOCHRIDGE & KILGORE, L.L.P.
Richard D. Milvenan
State Bar No. 14171800
600 Congress Avenue, Suite 2100
Austin, Texas 78701
Phone: (512) 495-6000
Fax:    (512) 495-6093

By: /s/ Richard D. Milvenan
     Richard D. Milvenan

ATTORNEYS FOR DEFENDANTS,
SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with counsel for the Plaintiffs who has indicated that he does not oppose Samsung's motion for an extension to answer or otherwise respond.

/s/ Richard D. Milvenan
Richard D. Milvenan

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 17, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

<u>Attorneys for Plaintiff, Affinity Labs of Texas, LLC</u>:

| | |
|---|---|
| Daniel R. Burgess<br>Cyrus A. Morton<br>Shira T. Shapiro<br>Kristine A. Tietz<br>Robins, Kaplan, Miller & Ciresi L.L. P.<br>800 LaSalle Avenue, Suite 2800<br>Minneapolis, MN 55402<br>612-349-8500<br>612-339-4181 (fax)<br>drburgess@rkmc.com<br>camorton@rkmc.com<br>stshapiro@rkmc.com<br>katietz@rkmc.com | Ronald J. Schutz<br>Robins, Kaplan, Miller & Ciresi, L.L.P.<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402-2015<br>(612) 349-8500<br>rjschutz@rkmc.com |
| David Greer Henry<br>Russell Erin Jumper<br>Looper Reed & McGraw, P.C.<br>1601 Elm St., Suite 4600<br>Dallas, TX 75201<br>(214) 954-4135<br>(214) 953-1332 (fax)<br>dhenry@lrmlaw.com<br>rjumper@lrmlaw.com | John P. Palmer<br>Naman Howell Smith & Lee<br>P.O. Box 1470<br>Waco, TX 76703-1470<br>(254) 755-4100<br>(254) 754-6331 (fax)<br>palmer@namanhowell.com |

                                                /s/ Richard D. Milvenan
                                                Richard D. Milvenan